UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph H. Carlone, individually and on behalf of other similarly situated individuals, | ) ) ) ) | CIVIL ACTION NO.: 3:12-cv-00207(WGY) |
| Plaintiffs, | ) ) | |
| v. | ) ) | January 17, 2014 |
| Progressive Casualty Insurance Company, | ) ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION REQUESTING ADJUDICATION OF OUTSTANDING CLASS NOTICE AND STATUTE OF LIMITATIONS TOLLING ISSUES AND REQUEST FOR STATUS CONFERENCE TO ADDRESS ISSUES UNRESOLVED BY THE COURT'S ORDER

*February 13, 2014*

YOUNG D.J.
MOTION DENIED. *Equitable tolling is appropriate here. The revised proposed notice is adequate.*

/s/ William G. Young
U.S. District Judge

*ORAL ARGUMENT NOT REQUESTED*