**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH H. CARLONE, individually and on behalf of other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Defendant. | ) CIVIL ACTION NO.: <br> ) 3:12-cv-00207 (WGY) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' ASSENTED-TO MOTION**
**FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

On July 30, 2015, the Court granted Plaintiffs' motion to consolidate <u>Bubel v. Progressive Casualty Inc. Co.</u>, Civ. A. No. 14-cv-00162 (D. Mass.) with the above-captioned action (<u>see</u> Docket 139), and granted Plaintiffs' Motion for Preliminary Approval of Collective Action Settlement (<u>see</u> Docket 137). Following that approval, as outlined in the agreement, Plaintiffs' counsel sent out the approved notices to the class members on August 13, 2015.[1] Pursuant to the agreement and that notice, class members had until October 19, 2015, to opt-out of or object to the settlement. No class members objected to the settlement, and no class members opted out of the settlement within the allotted time period.[2]

---

[1] Notice was sent to all 740 class members who had opted-in to the action as of that date. Of these, 58 were returned as undeliverable. Plaintiffs' counsel's office conducted address update searches and were able to find updated addresses for 33 of these, to which the notice was then sent. Thus, it appears that notice reached more than 97% of the class.

[2] Plaintiffs received an email from one class member, after the October 19, 2015, deadline had passed, stating that he wished to opt-out of the settlement. After discussion with Defendant's counsel, Plaintiffs' counsel informed him that the deadline had passed for opting out of the settlement, and he said he understood that he could no longer opt out.

1

Under the agreement, within 10 days after this Court approves the settlement, Defendant will remit the settlement funds to class members and class representatives pursuant to the distribution of settlement funds calculated by Plaintiffs' counsel, as well as payment for attorneys' fees and costs as approved by the Court. The parties have agreed that, 90 days after the distribution of settlement funds, Defendant will inform Plaintiffs' counsel of any settlement checks that have not been cashed by class members. Plaintiffs' counsel will use their best efforts to notify and locate class members in order to encourage them to cash their settlement checks. Once 180 days have passed from the distribution of the settlement funds, any unclaimed funds will be donated to cy pres.[3] No unclaimed funds will revert to Defendant.

Attached as Exhibit A is a spreadsheet showing the estimated distribution of the settlement. As shown in the spreadsheet, 761 class members have opted-in to the settlement class.[4]

As notice has been distributed as set forth in the prior approval motion, and there have been no objections to the settlement, Plaintiffs respectfully request that the Court now grant final approval of the settlement. Attached as Exhibit B is a proposed order of approval and dismissal.

---

[3] Before distribution to cy pres, any unclaimed funds will also be available to resolve any disputes that may arise regarding the distribution of settlement funds and/or the claims of tardy opt-ins.

[4] This number includes tardy opt-ins, whom the parties have agreed to include in the settlement.

2

        Respectfully submitted,

        JOSEPH CARLONE, PAWEL BUBEL and MICHAEL SHEA,

        individually and on behalf of others similarly situated,

        By their attorneys,

        /s/  Shannon Liss-Riordan_____
        Shannon Liss-Riordan, *pro hac vice*
        Lichten & Liss-Riordan, P.C.
        729 Boylston Street, Suite 2000
        Boston, MA 02116
        (617) 994–5800
        sliss@llrlaw.com

        Richard E. Hayber, ct11629
        Hayber Law Firm, LLC
        221 Main Street, Suite 502
        Hartford, CT  06106
        (860) 522**–**8888
        rhayber@hayberlawfirm.com

November 17, 2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 17, 2015, a copy of this document was filed electronically on all counsel of record.

            /s/  Shannon Liss-Riordan_____
            Shannon Liss-Riordan, Esq.