## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH H. CARLONE, individually and on behalf of other similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

CIVIL ACTION NO.:
3:12-cv-00207 (WGY)

## ORDER APPROVING SETTLEMENT

Having reviewed and considered the parties' proposed settlement agreement in the above-captioned case, and having held a hearing on the proposed settlement on November 19, 2015, and having received no objections to the settlement after sufficient distribution of notice to class members, the Court hereby approves the settlement agreement because it is fair, reasonable, and adequate, and hereby dismisses this action with prejudice. Attorneys' fees are awarded in the amount of one-third of the total settlement. The parties are hereby ordered to comply with the terms of the settlement agreement.

SO ORDERED

Hon. William G. Young
United States District Judge

1